IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LARRY KLAYMAN

                Plaintiff,

      v.                                   Case Number: 1:22-cv-00953

JULIA PORTER et al,

                Defendants.

## MOTION FOR TRANSFER AND REMAND OR ALTERNATIVELY *SUA SPONTE* DISMISSAL FOR LACK OF JURISDICTION

Plaintiff, Larry Klayman. ("Mr. Klayman") hereby moves the Court for an order transferring and remanding this action back to the 15th Judicial Circuit in and for Palm Beach County, Florida, ("15th Jud. Cir.") or alternatively to *sua sponte* dismiss this action for lack of jurisdiction. It is indisputable that this Court lacks jurisdiction over the present action under 28 US.C. § 1332 because Mr. Klayman has affirmatively and unequivocally pled and stated the amount in controversy is below $75,000. *See* ECF No 1-2 (Complaint) Section V. In this regard, Mr. Klayman expressly pled "[u]nder **no circumstances does Mr. Klayman seek more than $75,000 in total damages and costs from this case, as this case is primarily being brought for injunctive relief**." (emphasis added). Furthermore, Mr. Klayman has also expressly pled that this current action "**is primarily being brought for injunctive relief**." *Id*. (emphasis added). This makes it crystal clear that the amount in controversy does not confer jurisdiction to this court or any federal court under diversity subject matter jurisdiction: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs…." 28 U.S.C. § 1332(a).

1

Indeed:

> When construing a statute so explicit in scope, a court must act within certain well-defined constraints. If a legislative purpose is expressed in "plain and unambiguous language, . . . the . . . duty of the courts is to give it effect according to its terms. *United States v. Rutherford*, 442 U.S. 544, 551, 99 S. Ct. 2470, 2475 (1979).

There is absolutely no ambiguity here. The Court does not have subject matter jurisdiction because the amount in controversy does not exceed $75,000.00. The Court therefore has no discretion to controvert the allegations of the Complaint, which was well-pled and clearly below the jurisdictional threshold for removal to federal court.

The Honorable Raag Singhal ("Judge Singhal") of the U.S. District Court for the Southern District of Florida had no basis to assume jurisdiction over this case, after the completely baseless removal from the 15th Jud. Cir. It is clear what the Defendants were trying to do—forum shop for what they perceive as a favorable venue in this Court. In this regard, Judge Singhal – a relatively recent Trump appointee who had no federal court judicial experience -- clearly issued erroneous orders, which lacked any legal basis, and which are now importantly on appeal to the U.S. Court of Appeals for the Eleventh Circuit. *Klayman v. Porter et al*, 22-109810-AA (11th Cir.). *See* Exhibit A.

Furthermore, Mr. Klayman has filed a new Complaint in a separate action against the Defendants that seeks only equitable relief in the 15th Jud. Cir. Thus, there is now absolutely no possible ambiguity in this regard – not that there ever was -- as the amount in controversy seeks no damages and thus cannot possibly exceed the jurisdictional threshold of $75,000 required for federal court diversity jurisdiction. *Klayman v. Porter et al*, 50-2022-CA-002797-MB (15th Jud. Cir.). Exhibit B. This Complaint has been served on the Defendants and the case in now underway.

Thus, Mr. Klayman respectfully requests that the Court apply the clear and irrefutable language of 28 US.C. § 1332 to this case and find that it lacks subject matter diversity jurisdiction. Mr. Klayman then respectfully requests that the Court either (1) remand and transfer this case to the 15th Judicial Circuit, or (2) *sua sponte* dismiss this case, without prejudice, for lack of this subject matter jurisdiction.

Dated: April 20, 2022
Respectfully submitted,

/s/ Larry Klayman

Larry Klayman, Esq.
7050 W. Palmetto Park Road
Boca Raton, FL 33433
Tel.: 561-558-5536
Email: leklayman@gmail.com

*Pro Se*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, April 20, 2022 a copy of the foregoing was filed in person at the office of the clerk and served via email to counsel of record at:

brafkin@akingump.com

/s/ Larry Klayman
Larry Klayman